# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAQUEDA RICKS

VERSUS

WOMAN'S HOSPITAL FOUNDATION

NO.  2025 CW 0859

**NOVEMBER 17, 2025**

---

In Re:   Woman's Hospital Foundation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 759,848.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT